IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:19-cr-098** |
| | : | |
| **v.** | : | |
| | : | |
| **JENSEY ALEXANDER CURET** | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the motion to dismiss the indictment (Doc. 25) is **GRANTED IN PART** and the indictment is **DISMISSED WITHOUT PREJUDICE** to its refiling.

**IT IS FURTHER ORDERED** that Jensey Alexander Curet shall be released from confinement as soon as practicable.

                                                    s/Sylvia H. Rambo
                                                    Sylvia H. Rambo
                                                    United States District Judge

Dated: October 27, 2020